CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

FREDDY ABRAHAM GARMO(SBN: 176933)
freddy@garmolaw.com
VERONICA D. LOPEZ (SBN: 243950)
VLopez@garmolaw.com
GARMO & GARMO LLP
124 West. Main Street, Suite 200
El Cajon, California 92020
Telephone: (619)441-2500
Facsimile: (619)631-6444
Attorneys for Defendant
Habib, a General Partnership

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>   Plaintiff,<br><br>v.<br><br>HABIB, a General Partnership; and Does 1-10,<br><br>   Defendants. | Case: 3:18-CV-01118-GPC-MDD<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

# **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 28, 2018    CENTER FOR DISABILITY ACCESS

                                         By:   /s/ Phyl Grace
                                                    Phyl Grace
                                                    Attorneys for Plaintiff

Dated: November 28, 2018    GARMO & GARMO LLP

                                         By:   /s/ Freddy Garmo
                                                  Freddy Garmo
                                                  Veronica D. Lopez
                                                  Attorneys for Defendant
                                                  Habib, a General Partnership

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Freddy Garmo, counsel for Habib, a General Partnership, and that I have obtained Mr. Garmo's authorization to affix his electronic signature to this document.

Dated: November 28, 2018     CENTER FOR DISABILITY ACCESS

By:  /s/ Phyl Grace
   Phyl Grace
   Attorneys for Plaintiff