UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                    Plaintiff,<br><br>v.<br><br>HABIB, a General Partnership; and Does 1-10,<br><br>                    Defendants. | Case No.: 3:18cv01118-GPC-MDD<br><br>**ORDER OF DISMISSAL** |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 28, 2018

Hon. Gonzalo P. Curiel
United States District Judge